JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA GALVAN, an individual and as a Personal Representative of Frank Patrick Mariscal, and FRANK MARISCAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; MICHEL MOORE, CHIEF OF LOS ANGELES POLICE DEPARTMENT, and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. 2:20-cv-06550 DSF (MAAx)**<br>[Assigned to Hon. Judge Dale S. Fischer, Ctrm. 7D]<br>[Assigned to Mag. Maria A. Audero, Ctrm. 690]<br><br>**ORDER RE: VOLUNTARY DISMISSAL THROUGH STIPULATION** |

GOOD CAUSE HAVING BEEN SHOWN, and for the reasons set forth in the Joint Voluntary Dismissal, the following is hereby ordered:

The action be dismissed in its entirely, against all parties, with prejudice.

Each party is responsible for its own costs and fees, waiving recovery of fees and costs.

IT IS SO ORDERED.

DATED: May 3, 2021

_Dale S. Fischer_
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

1